UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| In the matter of: | ) | CHAPTER 7, CASE NO. 18-60276-SDB |
|---|---|---|
| DEAL, CHARLES KEVIN | ) | TRUSTEE FILE NO. |
| | ) | |
| DEBTOR(S). | ) | |

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPT | ABANDONED |
|---|---|---|---|
| 811 Kevin Deal Road, Ga 30458-0000, Statesboro City County | $ 197,320.00 | $ 0.00 | X |
| 88 Harmony Church Rd, Ga 30458-0000, Statesboro City County | $ 321,714.00 | $ 0.00 | X |
| Emit Grove Road, Ga 30458-0000, Statesboro City County | $ 36,018.00 | $ 0.00 | X |
| 2005 Chevrolet Silverado, 250000 Miles | $ 500.00 | $ 500.00 | X |
| 2014 Gmc Sierra 1500, 170000 Miles | $ 17,950.00 | $ 13,025.19 | X |
| Household Furnishings | $ 3,000.00 | $ 3,000.00 | X |
| 48" Tv, Dvd Player, Cell Phone | $ 500.00 | $ 500.00 | X |
| 22 Remington Rifle; 12 Gauge Shotgun | $ 225.00 | $ 225.00 | X |
| Clothing | $ 300.00 | $ 300.00 | X |
| Cash | $ 1,000.00 | $ 1,000.00 | X |
| Checking: Citizens Bank Of The South | $ 1,500.00 | $ 1,449.81 | X |
| Checking: Bank Of Newington | $ 0.00 | $ 0.00 | X |
| Checking: Bank Of Newington | $ 0.00 | $ 0.00 | X |
| 5 Shares Of Bulloch Gin, Inc. | $ 0.00 | $ 0.00 | X |
| John B Anderson Peanut & Grain Co., Inc. (Owns Land, Warehouse, Fixtures And Equipment Located At Nevils Daisy Rd, And 21 Martin Lanier Rd Valued At $1,518,530} - Upon Information And Belief, Debt Exceeds Value, 100% Ownership | $ 0.00 | $ 0.00 | X |
| Ira: Merrill Lynch | $ 103,805.00 | $ 103,805.00 | X |
| Ira: Merrill Lynch | $ 74,819.99 | $ 74,819.99 | X |
| Ira: Stifel, Nicolaus & Company, Inc. | $ 13,296.62 | $ 13,296.62 | X |
| Potential Interest In Trust Created By Father'S Will (Distribution Of Trust Assets Controlled By Debtor'S Mother And To Be Distributed On Her Death As Directed In Her Will) | $ 0.00 | $ 0.00 | X |
| Right Of First Refusal Concerning The Sale Of 258 Acres (Currently Held In Trust) | $ 0.00 | $ 0.00 | X |
| Possible 2016-2017 Refunds (Expect It To Be Taken By Irs): Federal And State | $ 0.00 | $ 0.00 | X |
| Funds Owed By John B Anderson Peanut & Grain Co., Inc. ($655,000 - Unlikely To Be Collectable) | $ 0.00 | $ 0.00 | X |
| Int. In Ins. Policies: Life Insurance - New York Life | $ 0.00 | $ 0.00 | X |
| Potential Claim Against Cnh Industrial Capital Due To Alleged Improper repossession And Sale Of Equipment | $ 0.00 | $ 0.00 | X |
| 8 Peanut Trailers | $ 8,000.00 | $ 0.00 | X |

    Comes now, JOELYN W. PIRKLE, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

    This 25th day of September, 2018.

Signed: _____
JOELYN W. PIRKLE, Trustee